VS.

RECEIVED IN
The Court of Appeals
Sixth District

APR 2 9 2015

Texarkana, Texas
Debra Autrey, Clerk.

FILED IN
The Court of Appeals
Sixth District

APR 2 9 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Court of Appeals
6th Appellate District
State Of Texas

Date
(April 27, 2015)

Appeal No. # 6-15-00047-CR
Trial Court No. # CR-1401075

## Motion For Injunction

Now comes the Appellant; Milton Edward Griggs and move this Honorable Appeal's Court for an **Immediate Order** OR Some form of an **Immediate Injunction** Per the Appellants Appeal In which the Appellees & their accompaniments [Hunt County Jail] officials; Continue to Deny me, Milton Edward Griggs any form of Access to Any Law Library Period!

### Facts

Appellant was sentenced to 300 days in the Hunt County Court at Law No. # 1 by Judge Timothy S. Linden whom acted out of malice and or with malice while doing so.

Appellant is Immediately taken into custody by the Hunt County Jail officials.

Appellant filed for Appeal and request such the very same day of sentencing. Such was denied until Feb. 19 2015.

Appellants original Lawyer Jack L. Parish was infact removed from such due to his pending murder trial case And was turned over to Jessica Edwards whom withdrew from my case on April 6, 2015 leaving me to try and fend for myself Whereas she never once responded to Nor answered any calls from me or my wife letters ect. She Jessica Edwards only showed up and told me she was withdrawing from my case only.

Appellant has 'is being denied Access to any legal assistance And the Law Library by acting officials Appellant has submitted ~~request after request~~ ~~letter after letter~~ to, Hunt County Court at Laws Timothy S. Linden, and Hunt County Jail officials requesting Access to A Law Library ect. But to No Avail. Having all Letters to the Courts go Unanswered or addressed Prlcod. Whereas visa versa denial of assistance by Hunt Count Jail officials. [SEE The Attached documents In Support] Inmate Request Forms.) Such Has become an ongoing Harassing form of Deliberate Runaround by these officials that causes Excessive time Delay which is a Definite Act of Malice by these acting Court Officials whom has maliciously handed down a sentencing and wrongful judgment towards me by Malicious Prosecutional Acts of Enhancement.

Wherefore this and many other Reasons & Facts is why I'm requesting that of an Immediate Injunction against officials requesting ~~~~ Immediate Access to the Law Library In which I am Continuing to be denied by officials.

Prayer

I, Appellant, Milton Edward Griggs Hereby Pray that this Honorable Appeals Court Grant his Motion for An Injunction And Order the Appellees to Allow Appellant Access to Courts & OR Law Library Immediately And that this Appeals Court take Any & All ~~~~ Actions Deemed Necessary Per this Injunction.

Prayer Continue

For Appellant has No Attorney to contact as has be written repeatedly to the Courts & Attorney's All to No Avail does render me Denial of Access Praying this Court Renders & Deems All Appropriate Action Necessary towards this Court and Officials for such Denial. Submitted this 27th Day of April 2015.

Respectfully Submitted

Milton Griggs

Milton Griggs

Certificate Of Service

I Milton Edward Griggs, Appellant Hereby Certify And State Under Oath of Both State & Federal Laws that the Above written Is True & Correct and is being forwarded by Mail to the Court of Appeals 6th District of Texas on this 27th Day of April 2015

Attached 2 Documents In Support Titled Inmate Request.

Respectfully & Sincerely Submitted

Milton Griggs #25791

Milton Griggs

Hunt County Jail

2801 Stuart St.

Greenville TX.

75401



# HUNT COUNTY
# SHERIFF'S OFFICE

Randy Meeks, Sheriff
2801 Stuart Street
Greenville, TX 75401
903.453.6800

## INMATE REQUEST FORM

INMATE NAME & SO#: Milton Griggs          TANK: 232

REQUEST TO: Administration

REQUEST: I submitted a request requesting the Urgent use of a Law Library for my pending case. I am in very serious need of Access to A law Library of some sort. Would you Please Assist Me A.S.A.P.?

Thank You

INMATE SIGNATURE: Milton Griggs          DATE: 4-21-15

RECEIVING OFFICER SIGNATURE: Cp 4526/          DATE RECEIVED:

RESPONSE: Jail Standards does not require us to keep or run a law library. They require us to provide you access to the court which is done by your attorney

ESPONDING OFFICER SIGNATURE: Lt. Stevenson          DATE: 4-21-15



## HUNT COUNTY
# SHERIFF'S OFFICE

Randy Meeks, Sheriff
2801 Stuart Street
Greenville, TX 75401
903.453.6800

# INMATE REQUEST FORM

INMATE NAME & SO#: _Milton Griggs_          TANK: _#232_

REQUEST TO: _Classification_

REQUEST: _I am in need of Access to A Law Library A.SAP.
Per my Pending Case thats on Appeal, I'm nearing a Deadline
Would someone Please Assist Me. A.S.A.P.?_
_Thank_
_you;_

INMATE SIGNATURE: _Milton Griggs_          DATE: _4-21-15_

RECEIVING OFFICER SIGNATURE: _C.S. 4561_          DATE RECEIVED: ___

...........................................................................................

RESPONSE: _____

_CONTACT YOUR ATTORNEY._

RESPONDING OFFICER SIGNATURE: _____          DATE: _4-22-15_